## EXHIBIT 1 – Attachment to Complaint
## 85 ASSORTED FIREARMS, *in rem*
ASSET LIST

1. MOSSBERG 500 SHOTGUN CAL:12 SN:K820164
2. WINCHESTER 1894 RIFLE CAL:30 SN:998310
3. CENTURY ARMS INTERNATIONAL M70B1 RIFLE CAL:762 SN:M70B05052
4. WINCHESTER 1890 RIFLE CAL:22 SN:435883
5. MARLIN FIREARMS CO. 17VS RIFLE CAL:17 SN:98623396
6. SAKO A7 S RIFLE CAL:243 SN:A59349
7. REMINGTON ARMS COMPANY, INC. 66 RIFLE CAL:22 SN:NONE
8. REMINGTON 7400 RIFLE CAL:243 SN:C8035146
9. UNKNOWN MANUFACTURER UNKNOWN RIFLE CAL:22 SN:NONE
10. BROWNING BAR RIFLE CAL:30-06 SN:94713M71
11. MARLIN FIREARMS CO UNKNOWN RIFLE CAL:22 SN:240-40773
12. UNIVERSAL FIREARM CORP M1 RIFLE CAL:30 SN:NONE
13. REMINGTON ARMS CO., INC. 870 EXPRESS MAG SHOTGUN CAL:12 SN:AB373927M
14. BROWNING UNKNOWN RIFLE CAL:22 SN:146CS02063
15. BROWNING A5 SHOTGUN CAL:12 SN:28001
16. UNKNOWN MANUFACTURER UNKNOWN SHOTGUN CAL:20 SN:80-41802
17. CS (CESKA ZBROJOVKA) UNKNOWN PISTOL CAL:ZZ SN:191321
18. TAURUS PT24/7 PISTOL CAL:9 SN:TCX53424
19. COLT MKIV PISTOL CAL:45 SN:SS54266
20. SPRINGFIELD ARMORY GENESEO, IL UNKNOWN PISTOL CAL:ZZ SN:US351707
21. SPRINGFIELD ARMORY, GENESEO, IL UNKNOWN PISTOL CAL:ZZ SN:MG953948
22. CHARTER ARMS UNDERCOVER REVOLVER CAL:38 SN:68770
23. SPRINGFIELD ARMORY, GENESEO, IL UNKNOWN PISTOL CAL:ZZ SN:US118313
24. SMITH & WESSON 22A PISTOL CAL:22 SN:UAR1132
25. COLT WOODSMAN PISTOL CAL:22 SN:207109-S
26. SCCY INDUSTRIES, LLC (SKYY IND) CPX-1 PISTOL CAL:9 SN:047667
27. KELTEC, CNC INDUSTRIES, INC P32 PISTOL CAL:32 SN:CZH09
28. TAURUS PT24/7 PISTOL CAL:9 SN:TBR39095
29. F.N. (FN HERSTAL) FIVE-SEVEN PISTOL CAL:57 SN:386226332

EXHIBIT 1
Page 1 of 3

**EXHIBIT 1 – Attachment to Complaint**
**85 ASSORTED FIREARMS,** *in rem*
ASSET LIST

30. HARRINGTON AND RICHARDSON 976 REVOLVER CAL:22 SN:AS21951

31. SMITH & WESSON 14 REVOLVER CAL:38 SN:34K9844

32. HIGH STANDARD UNKNOWN DERRINGER CAL:22 SN:D70872

33. BERNARDELLI, VINCENZO UNKNOWN PISTOL CAL:25 SN:96071

34. WINCHESTER 70 RIFLE CAL:30-06 SN:G128973

35. HIPOINT 995 RIFLE CAL:9 SN:E75559

36. REMINGTON ARMS COMPANY, INC. 788 RIFLE CAL:308 SN:A6190923

37. TIKKA-(OY TIKKAKOSKI AB,) T3 RIFLE CAL:300 SN:D16290

38. UNKNOWN MANUFACTURER UNKNOWN RIFLE CAL:30-06 SN:4624

39. HARRINGTON & RICHARDSON 865 RIFLE CAL:22 SN:AG245590

40. HIPOINT 995 RIFLE CAL:9 SN:F03367

41. REMINGTON ARMS COMPANY, INC 742 RIFLE CAL:308 SN:273452

42. REMINGTON ARMS COMPANY, INC. 572 RIFLE CAL:22 SN:A1532048

43. UNKNOWN MANUFACTURER UNKNOWN RIFLE CAL:22 SN:NONE

44. NEW ENGLAND FIREARMS HANDY RIFLE RIFLE CAL:22-250 SN:354346

45. REMINGTON ARMS COMPANY, INC 870 SHOTGUN CAL:12 SN:1103088M

46. REMINGTON ARMS COMPANY, INC. 742 RIFLE CAL:30-06 SN:7154774

47. REMINGTON ARMS COMPANY, INC. 11-48 SHOTGUN CAL:12 SN:5074759

48. SAVAGE 110 RIFLE CAL:300 SN:F187178

49. SAVAGE 311A SHOTGUN CAL:12 SN:NONE

50. MARLIN FIREARMS CO. 60 RIFLE CAL:22 SN:21481342

51. SIG-SAUER SIG 556 RIFLE CAL:556 SN:JS031683

52. WEATHERBY PA-459 SHOTGUN CAL:12 SN:AK05461

53. BROWNING UNKNOWN SHOTGUN CAL:ZZ SN:42072NZ152

54. ARMSCOR OF THE PHILIPPINES (SQUIRE BINGHAM) 16 RIFLE CAL:22 SN:A160584

55. ROCK ISLAND ARMORYINC. (GENESEO, IL) UNKNOWN RIFLE CAL:30-06 SN:247356

56. WINCHESTER 1300 SHOTGUN CAL:12 SN:L3018745

57. SAVAGE 110 RIFLE CAL:30-06 SN:F311708

58. NEW ENGLAND FIREARMS PARDNER SHOTGUN CAL:20 SN:NW347649

EXHIBIT 1
Page 2 of 3

**EXHIBIT 1 – Attachment to Complaint**
**85 ASSORTED FIREARMS,** *in rem*
ASSET LIST

59. FABRICA DE ARMAS UNKNOWN RIFLE CAL:ZZ SN:C2729

60. NEW ENGLAND FIREARMS PARDNER SHOTGUN CAL:12 SN:NP275105

61. MOSSBERG CC880 SHOTGUN CAL:12 SN:G966924

62. NEW ENGLAND FIREARMS PARDNER SHOTGUN CAL:410 SN:NG456801

63. TIKKA-(OY TIKKAKOSKI AB) T3 RIFLE CAL:300 SN:A57389

64. REMINGTON ARMS COMPANY, INC, UNKNOWN RIFLE CAL:ZZ SN:3351655

65. SWD M11/9 RIFLE CAL:9 SN:86-0018413

66. WINCHESTER 67 RIFLE CAL:22 SN:NONE

67. Marlin Firearms Co unknown Rifle CAL:30-30 SN:19118061

68. Weatherby Mark V Rifle CAL:270 SN:H196221

69. Remington Arms Co, Inc 700 Rifle CAL:25-06 SN:C6562521

70. Weatherby Vanguard VGL Rifle CAL:243 SN:VL00131

71. Henry Repeating Rifle Co unknown Rifle CAL:22 SN:GB065370M

72. Weatherby Mark V Rifle CAL:460 SN:H140900

73. Winchester 94 Rifle CAL:32-40 SN:JW7144

74. WINCHESTER 12 SHOTGUN CAL:12 SN:344881

75. REMINGTON ARM COMPANY, INC 740 RIFLE CAL:280 SN:179022

76. REMINGTON ARMS COMPANY, INC. 1100 SHOTGUN CAL:12 SN:396849V

77. MOSSBERG 500 SHOTGUN CAL:12 SN:T570174

78. WEATHERBY CENTURION SHOTGUN CAL:12 SN:A06449

79. SAVAGE UNKNOWN RIFLE CAL:22 SN:NONE

80. MARLIN XL7 RIFLE CAL:270 SN:91738663

81. NEW ENGLAND FIREARMS PARDNER SHOTGUN CAL:20 SN:AX423054

82. REMINGTON ARMS COMPANY, INC. UNKNOWN SHOTGUN CAL:12 SN:SPR310

83. MARLIN FIREARMS CO. 336RC RIFLE CAL:30-30 SN:AB46592

84. Keystone Sporting Arms Cricket Rifle CAL:22 SN:507037

85. UNKNOWN MANUFACTURER UNKNOWN SHOTGUN CAL:12 SN:48114

EXHIBIT 1
Page 3 of 3